UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:20-09068 DMG (ADS)                                    Date:  December 7, 2020

Title:  *Jose Rangel v. People of the State of California*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):       Attorney(s) Present for Respondent(s):
           None Present                                                      None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

   Before the Court is Petitioner Jose Rangel's Petition for Writ of Habeas Corpus by a Person in State Custody.  [Dkt. No. 1].  On October 23, 2020, the Court issued an Order Regarding Screening of Petition because Petitioner failed to pay the requiring filing fee or submit a completed IFP request and because the Petition is not signed, names an improper respondent, and reflects that Petitioner's claim is not exhausted. [Dkt. No. 3].  The Court ordered Petitioner to respond by November 13, 2020 explaining whether he presented his claim to the state courts.  [Id., p. 5].  The Court also provided Petitioner with options for how to proceed.  [Id.].  Petitioner has not filed a response or otherwise communicated with the Court since October 2, 2020.  See [Dkt. No.1].

   **By no later than December 21, 2020,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.   Petitioner may respond to this Order by explaining whether he has presented his claim to the state courts and by selecting one of the options set forth in the October 23, 2020 order.  [Dkt. No. 3.].

   As a reminder, Petitioner may choose to proceed with the Petition in its current form, despite the infirmities identified in the October 23, 2020 Order [Dkt. No. 3]. Petitioner is expressly cautioned that the Petition appears unexhausted on its face and therefore the Petition is subject to dismissal.  If Petitioner chooses to proceed with the Petition, it will be viewed by the Court as the inability to cure the defects identified.  As such, the Court will recommend dismissal of the Petition to the District Judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:20-09068 DMG (ADS)   Date: December 7, 2020

Title: *Jose Rangel v. People of the State of California*

Alternatively, Petitioner may request to stay these proceedings, as described in Option 2. [Id., pp. 5-6].

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for the reasons stated in the December 21, 2020 order, for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh